George A. Quick, Respondent, v. Niagara Falls Power Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Elizabeth B. Rice MacArthur, Appellant, v. Order of United Commercial Travelers of America, Respondent.— Motion for reargument denied, with ten dollars costs.

Eastman Kodak Company, Respondent, v. Maurice Gottlieb Gennert and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion to amend decision denied.

James Dey, Respondent, v. Robert Dey and Donald Dey, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Lewis B. Tottingham, Respondent, v. The Solvay Process Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The People of the State of New York ex rel. Charles W. Bingham, as Trustee, etc., Respondent, v. State Water Supply Commission, Appellant.— Motion for certification of questions for review by Court of Appeals denied, without costs, upon the ground that this court has no authority to certify questions, it appearing that the respondent may appeal to the Court of Appeals as matter of right. (*Seaward* v. *Davis*, 198 N. Y. 415.)

Bernard A. Schweid and Another, Respondents, v. Carl W. Storandt, Appellant.— Motion for reargument granted, and reargument ordered heard on the 27th day of March, 1913. All concurred, except Robson, J., who dissented.

Margaret Goodyear, Respondent, v. John Goodyear, Appellant.— Motion granted, and appeal dismissed, with costs.

In the Matter of Charles A. B. Smith, Attorney and Counselor at Law.— Frank Rice, Esq., heretofore appointed as referee herein, having declined to act, the matter is referred to Honorable William Carter, of Avon.

Harry F. Hoock and Florence Brink, as Administrators with the Will Annexed of Catherine Schlotzer, Deceased, Plaintiffs, v. Mary L. Welch, Defendant.— Judgment directed in favor of the plaintiffs upon the submission, without costs, requiring the defendant to accept a deed of the property described in the submission and pay over the balance of the purchase price. Held, that the administrator with the will annexed had power to make the contract and sell and convey the property. All concurred.

Ball-Corris Company, Respondent, v. Christina Oothout, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Joseph Doviel, Appellant.— Judgment of conviction and order denying motion for a new trial, upon ground of newly-discovered evidence, affirmed. All concurred.